In the Matter of WILLIAM J. SCHOTTKE et al., Appellants, against THOMAS W. H. JEACOCK et al., Constituting the Erie County Department of Social Welfare, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See *ante,* p. 242.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAVORY, INC., Respondent, against JOHN R. PLUNKETT et al., Constituting the Board of Assessors of the City of Buffalo, Appellants. — Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See *ante,* p. 806.]

BENJAMIN E. TILTON, as Trustee of New York State Railways, Respondent, v. CITY OF UTICA et al, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See *ante,* p. 813.]

## FIRST DEPARTMENT, JULY, 1945.
### (July 12, 1945.)

WINDSOR FURNITURE CORPORATION **v.** ALLYN UPHOLSTERY Co.— Motion for an order modifying the order of this court entered June 2, 1945, denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante,* p. 769.]

### (July 27, 1945.)

In the Matter of the Application of MORRIS M. BECHER for Reinstatement to the Bar.— Reference ordered. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, JULY, 1945.
### (July 2, 1945.)

EMMA T. R. CHAPMAN, Respondent, v. SAVILLION H. CHAPMAN, Appellant.— Motion for reargument denied, without costs. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante,* p. 852.]

LAURA GILCHER, Respondent, v. MCNULTY BROS. REALTY Co., INC., Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante,* p. 844.]

CRISSY Z. LEVY et al., as Executors of ZACHARY M. LEVY, Deceased, Appellants-Respondents, v. WILLIAM JONES et al., Respondents-Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Should the motion to strike from the answer of defendants William Jones, Zelig Jones and W & Z Jones Corporation the first defense to the first cause of action and the first defense to the second cause of action, of the amended complaint, have been granted? Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante,* p. 295.]